| | |
|---|---|
| Chad Fuller, Bar No. 190830<br>chad.fuller@troutman.com<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA  92130-2092<br>Telephone:  (858) 509-6000<br>Facsimile:   (858) 509-6040 | |
| Jessamyn E. Vedro, Bar No. 280209<br>Jessamyn.Vedro@troutman.com<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone:  (213) 928-9800<br>Facsimile:   (213) 928-9850 | Peter Yould, Bar No. 339155<br>Peter.Yould@troutman.com<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA  92614-2545<br>Telephone:  (949) 622-2700<br>Facsimile:   (949) 622-2739 |

Attorneys for Defendant
Anthem Blue Cross Life and Health
Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F.,<br><br>              Plaintiff,<br><br>     v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY dba ANTHEM BLUE CROSS; DIRECTORS GUILD OF AMERICA—PRODUCER HEALTH PLAN; MEDICAL REVIEW INSTITUTE OF AMERICA, LLC, and DOES 1 through 10<br><br>              Defendant. | Case No. 2:23−cv−04572−DSF (MAAx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER** |

- 1 -

170523220v2

Plaintiff, G.F., and Defendants, Anthem Blue Cross Life and Health Insurance Company dba Anthem Blue Cross ("Anthem", Directors Guild of America – Producer Health Plan ("DGA"), and Medical Review Institute of America, LLC, ("MRIoA") on April 23, 2024, filed a Stipulated Protective Order at ECF No. 41 ("Stipulated Protective Order") calendared before the undersigned Magistrate Maria Audero. The Stipulated Protective Order was accompanied by a declaration of counsel attesting that the Stipulated Protective Order did not make any changes to the model order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED,**

The Stipulated Protective Order is **APPROVED.**

Dated: April 24, 2024

                                                                                  /s/ Maria A. Audero
Maria A. Audero
United States Magistrate Judge

- 2 -

170523220v2